1
2
3
4
5
6
7                              IN THE UNITED STATES DISTRICT COURT

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    EDWARD KENNEDY,                    )     No. C 08-1090 JSW (PR)
                                         )
11                 Petitioner,           )
                                         )     **ORDER TO SHOW CAUSE**
12           vs.                         )
                                         )
13    BEN CURRY, Warden,                 )
                                         )
14                 Respondent.           )
                                         )
15    _____ )

16
                                   **INTRODUCTION**
17
           Petitioner, a prisoner of the State of California, currently incarcerated at
18
      Correctional Training Facility in Soledad, California, has filed a habeas corpus petition
19
      pursuant to 28 U.S.C. § 2254 challenging the decision by the California Board of Parole
20
      Hearings ("Board") to deny Petitioner parole.  Petitioner's application for leave to
21
      proceed in forma pauperis is GRANTED.[1]  This order directs Respondent to show cause
22
      why the petition should not be granted.
23
                                   **BACKGROUND**
24
           According to the petition, Petitioner was convicted of second degree murder in Los
25
      Angeles County Superior Court and, in 1986, the trial court sentenced him to a term of 15
26

27    _____

28           [1]The application to proceed in forma pauperis is attached to the original petition, which
      was filed in the Central District of California before this case was transferred to this Court.

years-to-life in state prison. The Board found petitioner unsuitable for parole.  Petitioner challenged this decision unsuccessfully in all three levels of the California courts, and thereafter filed the instant petition for a writ of habeas corpus.[2]

## DISCUSSION

I    Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  *Id.* § 2243.

II    Legal Claims

Petitioner alleges that the Board's decision violated his right to due process because it was not supported by sufficient evidence and because it relied on "unchanging factors.".  Liberally construed, the allegations are sufficient to warrant a response from Respondent.  *See Board of Pardons v. Allen*, 482 U.S. 369 (1987); *see, e.g., Morales. v. California Dep't of Corrections*, 16 F.3d 1001, 1005 (9th Cir. 1994), *rev'd on other grounds*, 514 U.S. 499 (1995).

## CONCLUSION

For the foregoing reasons and for good cause shown,

1.  The Clerk shall serve by certified mail a copy of this order and the petition, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk also shall serve a copy of this order on Petitioner.

---

[2]A previous federal petition, No. 06-0831 JSW, which is currently pending, challenges a previous Board decision to deny parole.

2.  Respondent shall file with the Court and serve on Petitioner, within **sixty (60)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30)** days of his receipt of the answer.

3.  Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

4.  It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED:  May 7, 2008

_____
JEFFREY S. WHITE
United States District Judge

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


EDWARD KENNEDY,

       Plaintiff,

  v.

BEN CURRY et al,

       Defendant.

_____/

Case Number: CV08-01090 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Kennedy
CDC D30780
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: May 7, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk